IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAIMEY L. DUFF,

        Plaintiff,                    No. CIV S-09-1049 DAD P

    vs.

SOLANO COUNTY
SHERIFF'S DEP'T, et al.,

        Defendants.           ORDER

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's amended complaint.

        Liberally construed, plaintiff's amended complaint appears to state a cognizable claim for inadequate medical care under the Eighth Amendment. See 42 U.S.C. § 1983 & 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. Accordingly, the court will order service of plaintiff's amended complaint on defendant Kadevari.[1]

---

[1] Towards the end of plaintiff's amended complaint, he notes that he has run out of pleading paper. He requests a continuance so that he can send the court more details after he receives more pleading paper. Plaintiff is advised that Rule 8(a)(2) of the Federal Rules of Civil Procedure "requires only 'a short and plain statement of the claim showing that the pleader is

1

Accordingly, IT IS HEREBY ORDERED that:

1. Service of the amended complaint is appropriate for defendant Kadevari.

2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet, and a copy of the amended complaint filed May 29, 2009.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

   a. The completed, signed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for the defendant listed in number 1 above; and

   d. Two true and exact copies of the amended complaint, including the exhibits attached thereto, filed May 29, 2009.

4. Plaintiff shall not attempt to effect service of the amended complaint on the defendant or request a waiver of service of summons from the defendant.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Plaintiff's request for a continuance (Doc. No. 7) is denied as unnecessary.

DATED: September 4, 2009.

DAD:9
duff1049.1am

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

---

entitled to relief,' in order to 'give the defendant fair notice of what the . . . claim is and the grounds upon which it rests.'" Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007).  Here, plaintiff's amended complaint appears to state a cognizable claim against defendant Kadevari and complies with Rule 8(a)(2).  Accordingly, the court will deny plaintiff's request for a continuance as unnecessary and allow the case to proceed on plaintiff's amended complaint.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAIMEY L. DUFF,

        Plaintiff,                     No. CIV S-09-1049 DAD P

      vs.

SOLANO COUNTY
SHERIFF'S DEP'T, et al.,         NOTICE OF SUBMISSION
        Defendants.
                                        OF DOCUMENTS
_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ <u>one</u> completed summons form;

        _____ <u>one</u> completed USM-285 forms; and

        _____ <u>two</u> true and exact copies of the amended complaint, including the exhibits attached thereto, filed May 29, 2009.

DATED: _____.

                                                                _____
                                                                Plaintiff