IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAIMEY L. DUFF,

      Plaintiff,                          No. CIV S-09-1049 DAD P

     vs.

SOLANO COUNTY
SHERIFF'S DEPT., et al.,

      Defendants.                ORDER

/

         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 19, 2009, plaintiff filed a motion for a court order allowing him to use the law library at High Desert State Prison. Therein, plaintiff explains that he needs access to the library to comply with the court's order requiring him to submit the documents necessary to effect service on defendant Kadevari.

         On October 26, 2009, plaintiff timely submitted the documents necessary to effect service on defendant Kadevari, and on November 5, 2009, the court ordered the United States Marshal to effect service on the defendant. Plaintiff is under no current obligation to submit anything to the court at this time. Accordingly, the court will deny plaintiff's motion as moot.[1]

---

[1] Plaintiff is advised that this court is unable to issue an order against prison officials or individuals who are not parties to a suit pending before it. See Zenith Radio Corp. v. Hazeltine

1

1  In accordance with the above, IT IS HEREBY ORDERED that plaintiff's October 19, 2009 motion for a court order (Doc. No. 12) is denied as moot.

DATED: November 6, 2009.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
duff1049.library

---

Research, Inc., 395 U.S. 100, 112 (1969). In the event that plaintiff experiences problems accessing the law library in the future, he should file an administrative grievance at his institution. See Cal. Code Regs. tit. 15, § 3084.1(a) (prisoners may appeal "any departmental decision, action, condition, or policy which they can demonstrate as having an adverse effect upon their welfare.").